# GOLDBERG SEGALLA LLP
*Attorneys at Law*

| PENNSYLVANIA | NEW YORK | NEW JERSEY |
|---|---|---|
| Philadelphia | Buffalo • Syracuse • Albany • Manhattan<br>Rochester • White Plains • Long Island | Princeton |

Michael D. Shalhoub
PARTNER
Direct dial 914.798.5471
mshalhoub@goldbergsegalla.com

170 Hamilton Ave. / Suite 203
White Plains, New York 10601-1717
914.798.5400  FAX 914.798.5401
www.goldbergsegalla.com

November 27, 2007

VIA FACSIMILE (212) 805-6191

Hon. Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl St, Room 620
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/07

Re: Depaul Washington v. National Freight Corporation
Docket No.: 07 CV 10336 (BSJ)
Our File: 6099.0001

Dear Judge Jones:

We are counsel to the defendants in the above referenced action.

We respectfully request an extension of two weeks, to December 11, 2007, in which to appear and Answer on behalf of our clients.

We have spoken to the attorney for the plaintiffs, Scott E. Rynecki, Esq., of Rubenstein & Rynecki, Esqs., who has consented to our request.

Respectfully,

MICHAEL D. SHALHOUB
(914) 798-5400

/MJM

Application Granted.

cc: VIA FACSIMILE (718) 522-3804
Scott E. Rynecki, Esq.
RUBENSTEIN & RYNECKI, ESQS.
16 Court Street, Suite 1717
Brooklyn, NY 11241

93506.1

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
11/28/07

Affiliated with Studio Legale Casini, Milan and Viareggio, Italy

TOTAL P.02