UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEPAUL WASHINGTON, an infant by his
Mother and Natural Guardian, DENISE ANTWINE
And LATARA ANTWIN, an infant by her mother
And Natural Guardian, DENICE ANTWINE and
DENICE ANTWINE, individually,

      Docket No.:
      07-CV-10336(BSJ/DFE)

      Plaintiffs,    **RULE 7.1 DISCLOSURE STATEMENT**

-against-

NATIONAL FREIGHT, INC. and JOSEPH M.
BOOR JR.,

      Defendants.
------------------------------------------------------------X

  **PLEASE TAKE NOTICE**, that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants, NATIONAL FREIGHT, INC. and JOSEPH M. BOOR JR., by and through their undersigned attorneys, make the following disclosure:

  The defendant, NATIONAL FREIGHT, INC., does not have a parent corporation.

  No publicly held corporation owns 10% or more of the stock of the defendant, NATIONAL FREIGHT, INC.

Dated: White Plains, New York
   December 10, 2007

          GOLDBERG SEGALLA LLP

          _____
          MICHAEL D. SHALHOUB (MS 2879)
          Attorneys for Defendants
          170 Hamilton Avenue, Suite 203
          White Plains, New York 10601
          (914) 798-5400
          GS File No.: 6099.0001

To:    RUBENSTEIN & RYNECKI, ESQS.
        Attorneys for Plaintiffs
        16 Court Street, Suite 1717
        Brooklyn, New York 11241
        (718) 522-1020

94782.1

Washington/Antwine v. National Freight, Inc., et al.
Docket No.:   07-CV-10336 (BSJ/DFE)
GS File No.:   6099.0001

### CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2007, I served the within **RULE 7.1 DISCLOSURE STATEMENT,** at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post-office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

GOLDBERG SEGALLA LLP

_____
MICHAEL D. SHALHOUB (MS 2879)
Attorneys for Defendants
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
(914) 798-5400
GS File No.:   6099.0001

94782.1