UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DEPAUL WASHINGTON, an infant by his                                  Docket No.: 07-CV-10336(BSJ/DFE)
Mother and Natural Guardian, DENISE ANTWINE
And LATARA ANTWIN, an infant by her mother
And Natural Guardian, DENICE ANTWINE and
DENICE ANTWINE, individually,

                        Plaintiffs,                              **DEMAND FOR JURY
                                                                     TRIAL_____**

      -against-

NATIONAL FREIGHT, INC. and JOSEPH M.
BOOR JR.,

                        Defendants.
-----------------------------------------------------------X

      Defendants NFI INTERACTIVE LOGISTICS, LLC i/s/h/a NATIONAL

FREIGHT, INC. and JOSEPH M. BOOR JR., hereby Demand a Trial by Jury pursuant to

Fed. R. Civ. P. 38(b) and 81(c).


Dated: White Plains, New York
       December 10, 2007


               GOLDBERG SEGALLA LLP


               MICHAEL D. SHALHOUB (MS 2879)
               Attorneys for Defendants
               170 Hamilton Avenue, Suite 203
               White Plains, New York 10601
               (914) 798-5400
               GS File No.:  6099.0001

To:    RUBENSTEIN & RYNECKI, ESQS.
       Attorneys for Plaintiffs
       16 Court Street, Suite 1717
       Brooklyn, New York 11241
       (718) 522-1020

352388.1

Washington/Antwine v. National Freight, Inc., et al.
Docket No.:    07-CV-10336 (BSJ/DFE)
GS File No.:    6099.0001

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2007, I served the within **DEMAND FOR JURY TRIAL,** at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post-office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

GOLDBERG SEGALLA LLP

MICHAEL D. SHALHOUB (MS 2879)
Attorneys for Defendants
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
(914) 798-5400
GS File No.:    6099.0001

352388.1